UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, | No. C-11-03607 (DMR) |
| Plaintiff(s), | **ORDER REQUESTING STATUS UPDATE** |
| v. | |
| OLIVO'S RESTAURANT, | |
| Defendant(s). | |

The Clerk of the Court entered default against Defendants pursuant to Plaintiffs' request on January 10, 2012. [Docket No. 8; *see* Docket Nos. 6-7.] Plaintiffs have taken no further action in the litigation. The court hereby ORDERS Plaintiffs to submit a status update to the court by February 21, 2012.

Plaintiffs shall serve a copy of this Order on Defendants upon receipt and file proof of service with the Court.

IT IS SO ORDERED.

Dated: February 15, 2012

_____
DONNA M. RYU
United States Magistrate Judge